JOSEPH GENNITY, Respondent, v. CITY OF NEW YORK, Appellant.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

JOSEPH M. GIBNEY, Respondent, v. EDWARD EHRBAR, INC., Appellant.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

ROGER L. GITTELSON, an Infant, by MOSES GITTELSON, His Guardian ad Litem, et al., Appellants, v. GOTHAM PRESSED STEEL CORPORATION, Respondent.

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

GREEN POINT SAVINGS BANK, Respondent, v. 393 STONE AVE. CORPORATION et al., Defendants, and BERNARD CHESS, Defendant-Appellant. (Action No. 1.)

Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.